**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MORRITZ J. WEISS, )<br>)<br>　　　　　Petitioner, )<br>v. )　No. 1:06-cv-679-RLY-TAB<br>)<br>INDIANA PAROLE BOARD, )<br>)<br>　　　　　Respondent. ) | |

# J U D G M E N T

　　The court, having this day made its Entry,

　　**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: September 26, 2006

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Morritz J. Weiss
2826 S. Pennsylvania Street   Apt. C-28
Indianapolis, IN 462225

James Blaine Martin
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770