**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| MORRITZ J. WEISS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:06-cv-679-RLY-TAB |
| | ) | |
| INDIANA PAROLE BOARD, | ) | |
| | ) | |
| Respondent. | ) | |

**AMENDED JUDGMENT**

Consistent with the Mandate of the Court of Appeals in No. 06-3639 filed with the clerk of this Court on May 30, 2007,

**IT IS THEREFORE ADJUDGED** that the petitioner's petition for a writ of habeas corpus is **dismissed as moot.**

Date: 06/01/2007

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Morritz J. Weiss
2826 S. Pennsylvania Street   Apt. C-28
Indianapolis, IN 462225

James Blaine Martin
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770